IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          v.<br><br>DARRELL RAY SEALE,<br>                    *Defendant.* | Case No.: 1:25-CR-XXXX-<br>              1:25-mj-00355-LRV |

### WAIVER OF PHYSICAL APPEARANCE/ARRAIGNMENT

The defendant, Darrell Ray Seale, pursuant to Fed. R. Crim. P. 10(c), hereby states that (1) the defendant has received a copy of the indictment returned by the Grand Jury; (2) the defendant understands the right to appear in person at the arraignment and hereby waives that right and wishes to proceed remotely; and (3) the defendant pleads not guilty to all charges in this case.

DATE: 7 Jul 25

_____
Darrell Ray Seale, Defendant

DATE: 07/07/2025

_____
Zachary A. Deubler, Defense Counsel

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 7th day of July 2025, a true and accurate of the foregoing was served on all counsel of record via the Court's Electronic Filing System.

/s/
Zachary A. Deubler, Esq.